3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE M. GALVAN, JR., Plaintiff | § § § |
| v. | § § |
| CHARLES O. ROSSOTTI, COMMISSIONER, INTERNAL REVENUE SERVICE, DEPARTMENT OF THE TREASURY Defendant | § § § § § |

MISC
~~CIVIL~~ ACTION NO. B-99-19

## ORDER

Having considered the Application to Proceed In Forma Pauperis under 28 U.S.C. §1915, it is hereby ORDERED that Plaintiff file a supplemental affidavit and plead with further specificity all Plaintiff's income, assets, monthly expenses, and debt, in order to aid the Court in its determination whether to grant Plaintiffs motion.

Done in Brownsville, Texas, this __5th__ day of __May__, 1999.

_____
Felix Recio
United States Magistrate Judge