4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 3 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE M. GALVAN, JR., | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| CHARLES O. ROSSOTTI, | § | MISC. ACTION NO. B-99-19 |
| COMMISSIONER, | § | |
| INTERNAL REVENUE SERVICE, | § | |
| DEPARTMENT OF THE TREASURY | § | |
| Defendant | § | |

## ORDER

Having considered the Application to Proceed In Forma Pauperis under 28 U.S.C. §1915, it is hereby ORDERED that Plaintiff file a supplemental affidavit by October 29, 1999, and plead with further specificity all Plaintiff's income, assets, monthly expenses, and debt, in order to aid the Court in its determination whether to grant Plaintiffs motion.

Done in Brownsville, Texas, this 29th day of September, 1999.

_____
Felix Recio
United States Magistrate Judge