5

United States District Court
Southern District of Texas
ENTERED

DEC 0 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE M. GALVAN, JR., | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| CHARLES O. ROSSOTTI, | § | MISC. ACTION NO. B-99-19 |
| COMMISSIONER, | § | |
| INTERNAL REVENUE SERVICE, | § | |
| DEPARTMENT OF THE TREASURY | § | |
| Defendant | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

### BACKGROUND

Jose Galvan Jr. (Plaintiff) worked for the Internal Revenue Service (IRS) from October 15, 1986 to October 31, 1997. Plaintiff was discharged in 1997, allegedly for failing to keep accurate timekeeping records.

Plaintiff sued the IRS, asserting race, sex, national origin, and religious discrimination in violation of Title VII, and requesting declaratory relief. On April 23, 1999, Plaintiff filed an Application to Proceed in Forma Pauperis with the court. In order to aid the court in deciding whether to grant the application, the court ordered Plaintiff to provide additional information with regard to Plaintiff's finances. The court delivered the order on September 30, 1999, and allowed Plaintiff 30 days to comply. As of December 1, 1999, Plaintiff has not responded.

### ANALYSIS

Rule 41(b) of the Federal Rules of Civil Procedure states that where a plaintiff fails to comply with any order of the court, a defendant may move for dismissal of an action or for any claim against the defendant. This rule also allows the court to make such a dismissal on its own motion. *Long v. Simmons*, 77 F.3d 878, 879 (5th Cir.1996).

1

Here, Plaintiff has failed to comply with the court's order to provide further financial information. As such, under *Long,* the case should be DISMISSED.

## RECOMMENDATION

Plaintiff's claims should be DISMISSED.

A party's failure to file written objections to the proposed findings, conclusion, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon the grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusion accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United States Automobile Association,* 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas this $2^{d}$ day of December, 1999.

Felix Recio
United States Magistrate Judge

ClibPDF - www.fastio.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE M. GALVAN, JR.,<br>Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | |
| CHARLES O. ROSSOTTI,<br>COMMISSIONER,<br>INTERNAL REVENUE SERVICE,<br>DEPARTMENT OF THE TREASURY<br>Defendant | §<br>§<br>§<br>§<br>§ | MISC. ACTION NO. B-99-19 |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file and the pleadings filed therein, the Magistrate's Report and Recommendation is hereby ADOPTED, and Plaintiff's case is hereby DISMISSED.

DONE in Brownsville, Texas on this _____ day of _____, 1999.

_____
Hilda Tagle
United States District Judge

3