UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE M. GALVAN, JR., <br> Plaintiff | § § § | |
| v. | § § | |
| CHARLES O. ROSSOTTI, <br> COMMISSIONER, <br> INTERNAL REVENUE SERVICE, <br> DEPARTMENT OF THE TREASURY <br> Defendant | § § § § § | MISC. ACTION NO. B-99-19 |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file and the pleadings filed therein, the Magistrate's Report and Recommendation is hereby ADOPTED, and Plaintiff's case is hereby DISMISSED.

DONE in Brownsville, Texas on this 10 day of Jan, 2000.

Hilda Tagle
United States District Judge

3